UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>M. MURPHY, et al.,<br><br>        Defendants. | Case No. CV 16-8365-PA (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Defendants' Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: November 13, 2019

                                                      PERCY ANDERSON
                                          UNITED STATES DISTRICT JUDGE